UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| LELAND FOSTER, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:14-cv-11856 |
| v. | : | |
| | : | |
| J.C. PENNEY CORPORATION, INC., | : | Honorable Thomas L. Ludington |
| | : | |
| Defendant. | : | |
| _____/ | : | |
| | : | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated June  23 , 2014    ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2. The Court retains jurisdiction over this matter to enforce the terms Settlement Agreement.

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

*Counsel for Plaintiff:*

\s\ Owen B Dunn Jr_____ _
Owen B. Dunn, Jr., Esq. (P66315)
Law Office of Owen B. Dunn, Jr.
4334 W. Central Avenue, Suite 222

Toledo, OH 43615
(419) 241-9661 - Phone
(419) 241-9737 - Facsimile
dunnlawoffice@sbcglobal.net

*Counsel for Defendant:*

/s/ Diana Catherine Kays

Diana Catherine Kays (TX Bar No. 04384300)

ckays@jcp.com

J.C. PENNEY CORPORATION, INC.

6501 Legacy Drive, MS 1122

Plano, Texas 75024

Telephone: (972) 431-1239

Facsimile: (972) 431-1133

    It is so **ORDERED**.  This is a final order closing the case.

Dated: July 21, 2014                              s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 21, 2014.

                        s/Tracy A. Jacobs
                        TRACY A. JACOBS